FILED

2008 APR 15 PM 2:14

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

July 2007 Grand Jury

'08 CR 1169 WQH

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. _____ |
| ) | |
| Plaintiff, ) | **I N D I C T M E N T** |
| ) | |
| v. ) | Title 18, U.S.C., |
| ) | Secs. 922(g)(5)(A) and 924(a)(2) - |
| MIGUEL MENDIOLA-MARTINEZ, ) | Illegal Alien in Possession of |
| ) | Firearms |
| Defendant. ) | |

The grand jury charges:

On or about March 17, 2008, within the Southern District of California, defendant MIGUEL MENDIOLA-MARTINEZ, an alien illegally and unlawfully in the United States, did knowingly and unlawfully possess, in and affecting commerce, firearms, to wit: a Ruger, model Vaquero, .45 caliber, revolver, serial number 58-29096; a Colt, model Commander, .45 caliber, revolver, serial number CJ27643; a Remington, model 700, .03-06 caliber, rifle, serial number B6264511; a Remington, model 700, .270 caliber, rifle, serial number E6743201; and a

//
//
//
//

WDK:nlv(1):San Diego
4/15/08

1 | Winchester, model 70, .300 caliber, rifle, serial number G312564; all
2 | in violation of Title 18, United States Code, Sections 922(g)(5)(A)
3 | and 924(a)(2).
4 |     DATED: April 15, 2008.

A TRUE BILL:

_____
Foreperson

KAREN P. HEWITT
United States Attorney

By: _____
DOUGLAS KEEHN
Assistant U.S. Attorney

2