UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CRIMINAL CASE No. 08-cr-1169 |
| Plaintiff, | ) |
| vs. | ) CERTIFICATE OF SERVICE |
| | ) |
| MIGUEL MENDIOLA-MARTINEZ | ) |
| Defendant | ) |

IT IS HEREBY CERTIFIED THAT:

I, Genaro Lara, am a citizen of the United States of America and am over eighteen years of age. My business address is 121 Broadway, Suite 365, San Diego, CA 92101.

I am not a party to the above action.  I have caused service of Motion to Return Property, on the following parties by electronically filing the foregoing with the Clerk of the District Court using ECF System, which electronically notifies the following:

Christina McCall, Assistant U.S. District Attorney,

Attorney L. Marcel Steward, Co-Counsel for the accused.

I declare under penalty of perjury that the foregoing is true and correct.

Executed: May 14, 2008

Genaro Lara    -S-_____.