1  KAREN P. HEWITT
   United States Attorney
2  CHRISTINA M. McCALL
   Assistant U.S. Attorney
3  California State Bar No. 234139
   United States Courthouse
4  880 Front Street, Room 6293
   San Diego, California 92101-8893
5  Telephone: (619) 557-6760

6  Attorneys for Plaintiff
   United States of America
7

8              UNITED STATES DISTRICT COURT

9              SOUTHERN DISTRICT OF CALIFORNIA

10 UNITED STATES OF AMERICA,      )   Case No. 08CR1169-WQH
                                  )
11              Plaintiff,        )   **MOTION TO PERMIT**
        v.                        )   **GOVERNMENT TO BRING**
12                                )   **FIREARM INTO COURTHOUSE**
   MIGUEL MENDIOLA-MARTINEZ,      )
13                                )
                Defendant.        )
14 _____ )

15     Plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Karen P. Hewitt,

16 United States Attorney, and Christina M. McCall, Assistant United States Attorney, requests the

17 Court to permit the Government to bring into the Courthouse, during the above-referenced trial

18 scheduled to begin on August 12, 2008 at 9:00 a.m., the following firearms:

19     Remington, model 700, .30-06 rifle, serial number B6264511

20     Colt, model Commander, .45 caliber pistol, serial number CJ27643

21     Ruger, model Vaquero, .45 caliber revolver, serial number 58-29096

22     Remington, model 700, .30-06 rifle, serial number  E6743201

23     Winchester, model 70, .300 caliber rifle, serial number G312564

24 These firearms will have the required triggerlock safety device at all times.

25

26 DATED:   July 18, 2008                Respectfully submitted,

27                                       KAREN P. HEWITT
                                         United States Attorney
28
                                         ***/s/ Christina M. McCall***
                                         CHRISTINA M. McCALL
                                         Assistant U.S. Attorney

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 08CR1169-WQH |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | CERTIFICATE OF SERVICE |
| MIGUEL MENDIOLA-MARTINEZ, ) | |
| ) | |
| Defendant. ) | |
| ) | |

IT IS HEREBY CERTIFIED THAT:

I, Christina McCall, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of the Motion to Permit Government to Bring Firearm into Courthouse on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

1) Genaro Lara

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 18, 2008

*/s/ Christina M. McCall*
CHRISTINA M. McCALL