|   |   |   |
|---|---|---|
| 1 | UNITED STATES DISTRICT COURT | |
| 2 | SOUTHERN DISTRICT OF CALIFORNIA | |
| 3 | UNITED STATES OF AMERICA, | CASE NO. 08CR1169-WQH |
| 4 | Plaintiff, | |
| 5 | v. | **CERTIFICATE OF SERVICE** |
| 6 | MIGUEL MENDIOLA, | |
| 7 | Defendant. | |

IT IS HEREBY CERTIFIED THAT:

    I, L. MARCEL STEWART, am a citizen of the United States and am at least eighteen years of age. My business address is 121 Broadway, Suite 365, San Diego, California 92101.

    I am not a party to the above-entitled action. I have caused service of the Miguel Mendiola's Response in Opposition to the United States Motions and Motions <u>In</u> <u>Limine</u>, on the following party by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

    1.    Christina McCall, Attorney for the Plaintiff United States of America:

        Christina.McCall@us.doj.gov

    I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 5, 2008.

                                        /s/ L. Marcel Stewart
                                        L. MARCEL STEWART