OMB No. 1615-0023; Expires 09/30/08

**Department of Homeland Security**
U.S. Citizenship Immigration and Service

**Supplement A to Form I-485**
**Adjustment of Status Under Section 245(i)**

NOTE: Use this form only if you are applying to adjust status to that of a lawful permanent resident under section 245(i) of the Immigration and Nationality Act.

| Part A. Information about you. | For USCIS Use Only |
|---|---|
| | Action Block |

| Last Name | First Name | Middle Name |
|---|---|---|
| MENDIOLA-Martinez | Miguel | Angel |

Address: In Care Of

Street Number and Name: 28703 Jenny Jay Court        Apt. #

| City | State | Zip Code |
|---|---|---|
| Valley Center | CA | 92082 |

| Alien Registration Number (A #) if any | Date of Birth (mm/dd/yyyy) |
|---|---|
| A78-098-205 | 09/05/1973 |

| Country of Birth | Country of Citizenship/Nationality |
|---|---|
| Mexico | Mexico |

| Telephone Number | E-Mail Address, if any |
|---|---|
| (760) 751-1542 | None |

**Part B. Eligibility.** *(Check the correct response.)*

1. I am filing Supplement A to Form I-485 because:
   a. ☐ I am the beneficiary of a visa petition filed on or before January 14, 1998.
   b. ☑ I am the beneficiary of a visa petition filed on or after January 15, 1998, and on or before April 30, 2001.
   c. ☐ I am the beneficiary of an application for a labor certification filed on or before January 14, 1998.
   d. ☐ I am the beneficiary of an application for a labor certification filed on or after January 15, 1998, and on or before April 30, 2001.

   *If you checked box b or d in Question 1, you must submit evidence demonstrating that you were physically present in the United States on December 21, 2000.*

2. And I fall into one or more of these categories: *(Check all that apply to you.)*
   a. ☐ I entered the United States as an alien crewman;
   b. ☐ I have accepted employment without authorization;
   c. ☑ I am in unlawful immigration status because I entered the United States without inspection or I remained in the United States past the expiration of the period of my lawful admission;
   d. ☐ I have failed (except through no fault of my own or for technical reasons) to maintain, continuously, lawful status;
   e. ☐ I was admitted to the United States in transit without a visa;
   f. ☐ I was admitted as a nonimmigrant visitor without a visa;
   g. ☐ I was admitted to the United States as a nonimmigrant in the S classification; or
   h. ☐ I am seeking employment-based adjustment of status and am not in lawful nonimmigrant status.

**Part C. Additional eligibility information.**

1. Are you applying to adjust status based on any of the below reasons?
   a. You were granted asylum in the United States;
   b. You have continuously resided in the United States since January 1, 1972;
   c. You entered as a K-1 fiancé(e) of a U.S. citizen;
   d. You have an approved Form I-360, Petition for Amerasian, Widow(er), Battered or Abused Spouse or Child, or Special Immigrant, and are applying for adjustment as a special immigrant juvenile court dependent or a special immigrant who has served in the U.S. armed forces, or a battered or abused spouse or child;
   e. You are a native or citizen of Cuba, or the spouse or child of such alien, who was not lawfully inspected or admitted to the United States;
   f. You are a special immigrant retired international organization employee or family member;
   g. You are a special immigrant physician;

f                                                                                              Form I-485 Supplement A (Rev. 10/26/05) Y

138

**Part 3. Processing information.**

| A. City/Town/Village of Birth | Current Occupation |
|---|---|
| Mexico City, Mexico | Construction |
| Your Mother's First Name | Your Father's First Name |
| Rosalina | Miguel |

Give your name exactly as it appears on your Arrival/Departure Record (Form I-94)

None

| Place of Last Entry Into the United States (City/State) | In what status did you last enter? (Visitor, student, exchange alien, crewman, temporary worker, without inspection, etc.) |
|---|---|
| San Ysidro, California  *Otay mesa* | Without Inspection |
| Were you inspected by a U.S. Immigration Officer?   ☐ Yes  ☑ No | |
| Nonimmigrant Visa Number | Consulate Where Visa Was Issued |
| None | None |
| Date Visa Was Issued (mm/dd/yyyy)  N/A    Gender: ☑ Male  ☐ Female | Marital Status: ☑ Married  ☐ Single  ☐ Divorced  ☐ Widowed |

Have you ever before applied for permanent resident status in the U.S.?   ☑ No   ☐ Yes. If you checked "Yes," give date and place of filing and final disposition.

B. List your present husband/wife, all of your sons and daughters (If you have none, write "none." If additional space is needed, use separate paper).

| Family Name | Given Name | Middle Initial | Date of Birth (mm/dd/yyyy) |
|---|---|---|---|
| Barcenas-Morales | Luz | Maria | 07/16/1976 |
| Country of Birth | Relationship | A # | Applying with you? |
| Mexico | Spouse |  | ☐ Yes  ☑ No |
| Family Name | Given Name | Middle Initial | Date of Birth (mm/dd/yyyy) |
| Mendiola, Jr. | Miguel | Angel | 04/14/1998 |
| Country of Birth | Relationship | A # | Applying with you? |
| USA | Son | None | ☐ Yes  ☑ No |
| Family Name | Given Name | Middle Initial | Date of Birth (mm/dd/yyyy) |
| Mendiola | Sarah |  | 02/14/2007 |
| Country of Birth | Relationship | A # | Applying with you? |
| USA | Daughter | None | ☐ Yes  ☑ No |
| Family Name | Given Name | Middle Initial | Date of Birth (mm/dd/yyyy) |
|  |  |  |  |
| Country of Birth | Relationship | A # | Applying with you? |
|  |  |  | ☐ Yes  ☐ No |
| Family Name | Given Name | Middle Initial | Date of Birth (mm/dd/yyyy) |
|  |  |  |  |
| Country of Birth | Relationship | A # | Applying with you? |
|  |  |  | ☐ Yes  ☐ No |

C. List your present and past membership in or affiliation with every organization, association, fund, foundation, party, club, society or similar group in the United States or in other places since your 16th birthday. Include any foreign military service in this part. If none, write "none." Include the name(s) of organization(s), location(s), dates of membership, from and to, and the nature of the organization(s). If additional space is needed, use a separate piece of paper.   None

Form I-485 (Rev. 04/01/06)Y Page 2

139

## Part 3. Processing information. *(Continued)*

Please answer the following questions. (If your answer is "Yes" on any one of these questions, explain on a separate piece of paper. Answering "Yes" does not necessarily mean that you are not entitled to adjust status or register for permanent residence.)

1. Have you ever, in or outside the United States:
   a. knowingly committed any crime of moral turpitude or a drug-related offense for which you have not been arrested? ☐ Yes ☑ No
   b. been arrested, cited, charged, indicted, fined or imprisoned for breaking or violating any law or ordinance, excluding traffic violations? ☐ Yes ☑ No
   c. been the beneficiary of a pardon, amnesty, rehabilitation decree, other act of clemency or similar action? ☐ Yes ☑ No
   d. exercised diplomatic immunity to avoid prosecution for a criminal offense in the United States? ☐ Yes ☑ No

2. Have you received public assistance in the United States from any source, including the United States government or any state, county, city or municipality (other than emergency medical treatment), or are you likely to receive public assistance in the future? ☐ Yes ☑ No

   *In 1989 I received medical*

3. Have you ever:
   a. within the past ten years been a prostitute or procured anyone for prostitution, or intend to engage in such activities in the future? ☐ Yes ☑ No
   b. engaged in any unlawful commercialized vice, including, but not limited to, illegal gambling? ☐ Yes ☑ No
   c. knowingly encouraged, induced, assisted, abetted or aided any alien to try to enter the United States illegally? ☐ Yes ☑ No
   d. illicitly trafficked in any controlled substance, or knowingly assisted, abetted or colluded in the illicit trafficking of any controlled substance? ☐ Yes ☑ No

4. Have you ever engaged in, conspired to engage in, or do you intend to engage in, or have you ever solicited membership or funds for, or have you through any means ever assisted or provided any type of material support to any person or organization that has ever engaged or conspired to engage in sabotage, kidnapping, political assassination, hijacking or any other form of terrorist activity? ☐ Yes ☑ No

5. Do you intend to engage in the United States in:
   a. espionage? ☐ Yes ☑ No
   b. any activity a purpose of which is opposition to, or the control or overthrow of, the government of the United States, by force, violence or other unlawful means? ☐ Yes ☑ No
   c. any activity to violate or evade any law prohibiting the export from the United States of goods, technology or sensitive information? ☐ Yes ☑ No

6. Have you ever been a member of, or in any way affiliated with, the Communist Party or any other totalitarian party? ☐ Yes ☑ No

7. Did you, during the period from March 23, 1933 to May 8, 1945, in association with either the Nazi Government of Germany or any organization or government associated or allied with the Nazi Government of Germany, ever order, incite, assist or otherwise participate in the persecution of any person because of race, religion, national origin or political opinion? ☐ Yes ☑ No

8. Have you ever engaged in genocide, or otherwise ordered, incited, assisted or otherwise participated in the killing of any person because of race, religion, nationality, ethnic origin or political opinion? ☐ Yes ☑ No

9. Have you ever been deported from the United States, or removed from the United States at government expense, excluded within the past year, or are you now in exclusion, deportation, removal or recission proceedings? ☑ Yes ☐ No

   *I was deported march 1999. I come back one week after the deportation*

10. Are you under a final order of civil penalty for violating section 274C of the Immigration and Nationality Act for use of fraudulent documents or have you, by fraud or willful misrepresentation of a material fact, ever sought to procure, or procured, a visa, other documentation, entry into the United States or any immigration benefit? ☑ Yes ☐ No *through the hills* *Otay mesa Port of entry*

11. Have you ever left the United States to avoid being drafted into the U.S. Armed Forces? ☐ Yes ☑ No

12. Have you ever been a J nonimmigrant exchange visitor who was subject to the two-year foreign residence requirement and have not yet complied with that requirement or obtained a waiver? ☐ Yes ☑ No

13. Are you now withholding custody of a U.S. citizen child outside the United States from a person granted custody of the child? ☐ Yes ☑ No

14. Do you plan to practice polygamy in the United States? ☐ Yes ☑ No

**Part 4.   Signature.**   *(Read the information on penalties in the instructions before completing this section. You must file this application while in the United States.)*

**Your registration with U.S. Citizenship and Immigration Services.**

"I understand and acknowledge that, under section 262 of the Immigration and Nationality Act (Act), as an alien who has been or will be in the United States for more than 30 days, I am required to register with U.S. Citizenship and Immigration Services. I understand and acknowledge that, under section 265 of the Act, I am required to provide USCIS with my current address and written notice of any change of address within **ten** days of the change. I understand and acknowledge that USCIS will use the most recent address that I provide to USCIS, on any form containing these acknowledgements, for all purposes, including the service of a Notice to Appear should it be necessary for USCIS to initiate removal proceedings against me. I understand and acknowledge that if I change my address without providing written notice to USCIS, I will be held responsible for any communications sent to me at the most recent address that I provided to USCIS. I further understand and acknowledge that, if removal proceedings are initiated against me and I fail to attend any hearing, including an initial hearing based on service of the Notice to Appear at the most recent address that I provided to USCIS or as otherwise provided by law, I may be ordered removed in my absence, arrested and removed from the United States."

**Selective Service Registration.**

**The following applies to you if you are a male at least 18 years old, but not yet 26 years old, who is required to register with the Selective Service System:** "I understand that my filing this adjustment of status application with U.S. Citizenship and Immigration Services authorizes USCIS to provide certain registration information to the Selective Service System in accordance with the Military Selective Service Act. Upon USCIS acceptance of my application, I authorize USCIS to transmit to the Selective Service System my name, current address, Social Security Number, date of birth and the date I filed the application for the purpose of recording my Selective Service registration as of the filing date. If, however, USCIS does not accept my application, I further understand that, if so required, I am responsible for registering with the Selective Service by other means, provided I have not yet reached age 26."

**Applicant's Certification.**

I certify, under penalty of perjury under the laws of the United States of America, that this application and the evidence submitted with it is all true and correct. I authorize the release of any information from my records that U.S. Citizenship and Immigration Services (USCIS) needs to determine eligibility for the benefit I am seeking.

| Signature | Print Your Name | Date | Daytime Phone Number |
|---|---|---|---|
| X *Miguel Angel Mendiola* | Miguel Angel Mendiola-Martinez | 01/31/2007 | ( 760 ) 751-1542 |

**NOTE:** *If you do not completely fill out this form or fail to submit required documents listed in the instructions, you may not be found eligible for the requested document and this application may be denied.*

**Part 5.   Signature of person preparing form, if other than above.  (sign below)**

I declare that I prepared this application at the request of the above person and it is based on all information of which I have knowledge.

| Signature | Print Your Full Name | Date | Phone Number *(Include Area Code)* |
|---|---|---|---|
| KB [signature] | Kevin A. Bové, Esq. | 01/31/2007 | ( 760 ) 738-1800 |

**Firm Name and Address**   Kevin A. Bové, Attorney at Law, 117 N. Broadway, Escondido CA  92025

**E-Mail Address (if any)**   KevinBove@aol.com

[JUL 2 6 2007]

Form I-485 (Rev. 04/01/06)Y Page 4

141

OMB No. 1615-0023; Expires 09/30/08

**Department of Homeland Security**
**U.S. Citizenship and Immigration Services**

**I-485, Application to Register Permanent Residence or Adjust Status**

**START HERE - Please type or print in black ink.**

### Part 1. Information about you.

| | | |
|---|---|---|
| Family Name: MENDIOLA-Martinez | Given Name: Miguel | Middle Name: Angel |

Address- C/O:

Street Number and Name: 28703 Jenny Jay Court    Apt. #:

City: Valley Center

State: CA    Zip Code: 92082

Date of Birth (mm/dd/yyyy): 09/05/1973    Country of Birth: Mexico

Country of Citizenship/Nationality: Mexico

U.S. Social Security #: None    A # (if any): A78-098-205

Date of Last Arrival (mm/dd/yyyy): 04-20-99  03/04/1999 (approximately)    I-94 #: None

Current USCIS Status: None    Expires on (mm/dd/yyyy): None

### Part 2. Application type. (Check one.)

I am applying for an adjustment to permanent resident status because:

a. [✓] an immigrant petition giving me an immediately available immigrant visa number has been approved. (Attach a copy of the approval notice, or a relative, special immigrant juvenile or special immigrant military visa petition filed with this application that will give you an immediately available visa number, if approved.)

b. [ ] my spouse or parent applied for adjustment of status or was granted lawful permanent residence in an immigrant visa category that allows derivative status for spouses and children.

c. [ ] I entered as a K-1 fiancé(e) of a United States citizen whom I married within 90 days of entry, or I am the K-2 child of such a fiancé(e). (Attach a copy of the fiancé(e) petition approval notice and the marriage certificate).

d. [ ] I was granted asylum or derivative asylum status as the spouse or child of a person granted asylum and am eligible for adjustment.

e. [ ] I am a native or citizen of Cuba admitted or paroled into the United States after January 1, 1959, and thereafter have been physically present in the United States for at least one year.

f. [ ] I am the husband, wife or minor unmarried child of a Cuban described above in (e) and I am residing with that person, and was admitted or paroled into the United States after January 1, 1959, and thereafter have been physically present in the United States for at least one year.

g. [ ] I have continuously resided in the United States since before January 1, 1972.

h. [ ] Other basis of eligibility. Explain. If additional space is needed, use a separate piece of paper.

I am already a permanent resident and am applying to have the date I was granted permanent residence adjusted to the date I originally arrived in the United States as a nonimmigrant or parolee, or as of May 2, 1964, whichever date is later, and: (Check one.)

i. [ ] I am a native or citizen of Cuba and meet the description in (e) above.

j. [ ] I am the husband, wife or minor unmarried child of a Cuban, and meet the description in (f) above.

**For USCIS Use Only**

Returned:

Receipt: MSC-07-214-18671  I-485  04/30/2007

Resubmitted:

Reloc Sent:

Reloc Rec'd:

Applicant Interviewed: JUL 26 2007

Section of Law:
[✓] Sec. 209(b), INA
[ ] Sec. 13, Act of 9/11/57
[✓] Sec. 245, INA
[✓] Sec. 249, INA
[ ] Sec. 1 Act of 11/2/66
[ ] Sec. 2 Act of 11/2/66
[ ] Other

Country Chargeable:

Eligibility Under Sec. 245:
[ ] Approved Visa Petition
[ ] Dependent of Principal Alien
[ ] Special Immigrant
[ ] Other

Preference: IR6

Action Block:

**To be Completed by Attorney or Representative, if any**

[✓] Fill in box if G-28 is attached to represent the applicant.

VOLAG #:

ATTY State License #: CA Bar No. 149675

Form I-485 (Rev. 04/01/06)Y

142