```
                TITLE 27--ALCOHOL, TOBACCO PRODUCTS, AND FIREARMS

    CHAPTER II--BUREAU OF ALCOHOL, TOBACCO, FIREARMS, AND EXPLOSIVES,
                             DEPARTMENT OF JUSTICE

PART 478_COMMERCE IN FIREARMS AND AMMUNITION--Table of Contents

                           Subpart B_Definitions

Sec. 478.11  Meaning of terms.


   When used in this part and in forms prescribed under this part,
where not otherwise distinctly expressed or manifestly incompatible with
the intent thereof, terms shall have the meanings ascribed in this
section. Words in the plural form shall include the singular, and vice
versa, and words importing the masculine gender shall include the
feminine. The terms ``includes'' and ``including'' do not exclude other
things not enumerated which are in the same general class or are
otherwise within the scope thereof.
    Act. 18 U.S.C. Chapter 44.
    Adjudicated as a mental defective. (a) A determination by a court,
board, commission, or other lawful authority that a person, as a result
of marked subnormal intelligence, or mental illness, incompetency,
condition, or disease:
    (1) Is a danger to himself or to others; or
    (2) Lacks the mental capacity to contract or manage his own affairs.
    (b) The term shall include--
    (1) A finding of insanity by a court in a criminal case; and
    (2) Those persons found incompetent to stand trial or found not
guilty by reason of lack of mental responsibility pursuant to articles
50a and 72b of the Uniform Code of Military Justice, 10 U.S.C. 850a,
876b.
    Admitted to the United States for lawful hunting or sporting
purposes. (a) Is entering the United States to participate in a
competitive target shooting event sponsored by a national, State, or
local organization, devoted to the competitive use or other sporting use
of firearms; or
    (b) Is entering the United States to display firearms at a sports or
hunting trade show sponsored by a national, State, or local firearms
trade organization, devoted to the competitive use or other sporting use
of firearms.
    Alien. Any person not a citizen or national of the United States.
    Alien illegally or unlawfully in the United States. Aliens who are
unlawfully in the United States are not in valid immigrant, nonimmigrant
or parole status. The term includes any alien--
    (a) Who unlawfully entered the United States without inspection and
authorization by an immigration officer and who has not been paroled
into the United States under section 212(d)(5) of the Immigration and
Nationality Act (INA);
    (b) Who is a nonimmigrant and whose authorized period of stay has
expired or who has violated the terms of the nonimmigrant category in
which he or she was admitted;
    (c) Paroled under INA section 212(d)(5) whose authorized period of
parole has expired or whose parole status has been terminated; or
    (d) Under an order of deportation, exclusion, or removal, or under
an order to depart the United States voluntarily, whether or not he or
she has left the United States.
```