TITLE 8 > CHAPTER 12 > SUBCHAPTER II > Part II > § 1182. Inadmissible aliens

(a) Classes of aliens ineligible for visas or admission

Except as otherwise provided in this chapter, aliens who are inadmissible under the following paragraphs are ineligible to receive visas and ineligible to be admitted to the United States:

...

    (6) Illegal entrants and immigration violators

        (A) Aliens present without admission or parole

            (i) In general An alien present in the United States without being admitted or paroled, or who arrives in the United States at any time or place other than as designated by the Attorney General, is inadmissible.